433 A.2d 532

Commonwealth v. Passaro, Appellant.

Petition for Allowance of Appeal Aug. 3, 1981.

Submitted June 13, 1980. Gary A. Delafield, Public Defender, for appellant; David E. Grine, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

558

Judgment of sentence affirmed.